# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA

2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN
CLERK OF COURT

CIVIL SECTION
404-215-1655

January 9, 2018

Melanie F. Wilson, Clerk of Court
Magistrate Court of DeKalb County
556 N. McDonough St,
Decatur, GA 30030

    Re:    *Deutsche Bank National Trust Company v. Williams*
            *Our Case Number: 1:17-cv-4675-SCJ*
            **Your Case Number: 17D28845**

Dear Ms. Wilson:

Attached please find a copy of this court's Order remanding the above-styled action to your court.

            Sincerely,

            James N. Hatten
            Clerk of Court

        By:  s/Rebecca Spratt
               Deputy Clerk

Enclosure